UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DIAMOND OFFSHORE SERVICES COMPANY *et al* | § § § § | |
| Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. M-10-168 |
| | § | |
| CONADAT ISAIAS GOMEZ BERMAN | § | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

After considering Plaintiffs Diamond Offshore Services Company and Diamond Offshore (USA) L.L.C.'s motion for final summary judgment, and all other evidence on file, the Court

FINDS that there is no genuine issue of material fact. Therefore, the Court GRANTS the motion.

In light of Plaintiffs' settlement of their claims against other Defendants, **the Court hereby awards Plaintiffs the sum of $186,460.73 in damages and $45,824.50 in pre-judgment interest, for a total award of $232,285.23** against Defendant Conadat Isaias Gomez Berman.

Post-judgment interest shall accrue at a rate of 0.19%.

SO ORDERED this 31st day of May, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge