# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION

| | |
|---|---|
| DIAMOND OFFSHORE SERVICES § <br> COMPANY & DIAMOND OFFSHORE § <br> (USA) L.L.C. § <br>     Plaintiffs, § <br> § <br> vs. § <br> § <br> HSBC BANK USA, N.A., HSBC MEXICO § <br> S.A. & CONADAT ISAIAS § <br> GOMEZ BERMAN § <br>     Defendants. § | CIVIL ACTION NO. 7:10-168 |

## NOTICE OF RELEASE OF JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs Diamond Offshore Services Company and Diamond Offshore (USA) L.L.C (collectively "Plaintiffs") by their attorney, Leah T. Rudnicki and notifies that the Final Judgment entered in the above styled action [*See* Doc. No. 18] by this Court is hereby released.

    Respectfully submitted,

    */s/ Leah T. Rudnicki*
    Leah T. Rudnicki
    State Bar No.: 2403387
    Federal Bar No.: 32048
    THE RUDNICKI FIRM
    6305 Waterford Blvd., Suite 325
    Oklahoma City, OK  73118
    Telephone (405) 445-7422
    Facsimile (405) 445-7421
    Email: leah@rudnickifirm.com

    **ATTORNEY FOR PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

All counsel of record have been provided with a true and complete copy of this motion on this 31st day of March, 2020, as required by the Federal Rules of Civil Procedure.

Michael J. Garza
Law Office of Michael J. Garza, P.C.
6521 N. 10th Street, Suite F
McAllen, Texas 78504
Telephone: (956) 994-3100
Fax: (956) 994-3174

Attorneys for Defendant

                                                  **ATTORNEY FOR DEFENDANT**
                                                  */s/ Leah T. Rudnicki*
                                                  Leah T. Rudnicki